1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
3   801 I Street, 3rd Floor
Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
JOSE CUEVAS PULIDO

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,   )  No. Cr.S. 11-126-JAM
                     )
13         Plaintiff,   )
                     )  **STIPULATION AND ORDER**
14     v.               )  **CONTINUING STATUS CONFERENCE**
                     )  **AND EXCLUDING TIME**
15 JOSE CUEVAS PULIDO,      )
                     )
16         Defendant.   )  Date:  May 24, 2011
                     )  Time:  9:30 a.m.
17 _____)  Judge: Hon. John A. Mendez

18

19      It is hereby stipulated and agreed to between the United States of

20 America through MICHELE BECKWITH Assistant U.S. Attorney, and

21 defendant, JOSE CUEVAS PULIDO, by and through his counsel, MATTHEW M.

22 SCOBLE, Assistant Federal Defender, that the sentencing hearing set for

23 Tuesday, May 10, 2011, be continued to Tuesday, May 24, 2011, at 9:30

24 a.m.

25      The reason for this continuance is to allow defense counsel

26 additional time to review discovery with the defendant, to examine

27 possible defenses and to continue investigating the facts of the case.

28      The parties agree that the ends of justice to be served by a

1   continuance outweigh the best interests of the public and the defendant

2   in a speedy trial, and they ask the Court to exclude time under the

3   Speedy Trial Act from the date of this order through May 24, 2011,

4   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

5                                   Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7

8   Dated: May 6, 2011             /s/ Matthew M. Scoble
                                    MATTHEW M. SCOBLE
9                                   Assistant Federal Defender
                                    Attorney for JOSE CUEVAS PULIDO
10

11                                  BENJAMIN B. WAGNER
                                    United States Attorney
12

13  Dated:  May 6, 2011            /s/ Matthew M. Scoble for
                                    MICHELE BECKWITH
14                                  Assistant U.S. Attorney

15

16                          **O R D E R**

17

18      The sentencing hearing is continued to May 24, 2011, at 9:30 a.m.

19  For the reasons set forth above, the court finds that the ends of

20  justice to be served by a continuance outweigh the best interests of

21  the public and the defendant in a speedy trial and therefore excludes

22  time under the Speedy Trial Act through May 24, 2011.

23      IT IS SO ORDERED.

24

25  Dated: 5/9/2011                 /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
26                                  United States District Judge

27

28