1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE CUEVAS PULIDO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        )  No. Cr.S. 11-126-JAM
12                                   )
                   Plaintiff,        )
13                                   )  **STIPULATION AND ORDER**
        v.                           )  **CONTINUING STATUS CONFERENCE**
14                                   )  **AND EXCLUDING TIME**
   JOSE CUEVAS PULIDO,               )
15                                   )
                   Defendant.        )  Date:   June 21, 2011
16                                   )  Time:   9:30 a.m.
   _____  )  Judge:  Hon. John A. Mendez
17

18

19       It is hereby stipulated and agreed to between the United States of

20  America through MICHELE BECKWITH Assistant U.S. Attorney, and

21  defendant, JOSE CUEVAS PULIDO, by and through his counsel, MATTHEW M.

22  SCOBLE, Assistant Federal Defender, that the sentencing hearing set for

23  Tuesday, May 24, 2011, be continued to Tuesday, June 21, 2011, at 9:30

24  a.m.

25       The reason for this continuance is to allow defense counsel

26  additional time to discuss plea negotiations with the government and

27  the defendant.

28       The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through June 21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated: May 20, 2011                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
                                       Attorney for JOSE CUEVAS PULIDO


                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated:  May 20, 2011                   /s/ Matthew M. Scoble for
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney


**O R D E R**

     The sentencing hearing is continued to June 21, 2011, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 21, 2011.

     IT IS SO ORDERED.


Dated: 5/23/2011                       /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       United States District Judge