1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE CUEVAS PULIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S. 11-126-JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE CUEVAS PULIDO, | ) | |
| Defendant. | ) | Date: August 9, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH Assistant U.S. Attorney, and defendant, JOSE CUEVAS PULIDO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the sentencing hearing set for Tuesday, June 21, 2011, be continued to Tuesday, August 9, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss plea negotiations with the government and the defendant.

The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through August 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated: June 20, 2011          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for JOSE CUEVAS PULIDO


                              BENJAMIN B. WAGNER
                              United States Attorney


Dated:  June 20, 2011         /s/ Matthew M. Scoble for
                              MICHELE BECKWITH
                              Assistant U.S. Attorney


**O R D E R**

The sentencing hearing is continued to August 9, 2011, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 9, 2011.

IT IS SO ORDERED.


Dated: 6/20/2011              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Judge

Stip. & Order                    2