1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE CUEVAS PULIDO

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,      ) No. Cr.S. 11-126-JAM
12                                )
               Plaintiff,         )
13                                ) **STIPULATION AND ORDER**
        v.                        ) **CONTINUING STATUS CONFERENCE**
14                                ) **AND EXCLUDING TIME**
   JOSE CUEVAS PULIDO,            )
15                                )
               Defendant.         ) Date: September 6, 2011
16                                ) Time: 9:30 a.m.
   _____  ) Judge: Hon. John A. Mendez

17

18

19      It is hereby stipulated and agreed to between the United States of
20 America through MICHELE BECKWITH Assistant U.S. Attorney, and
21 defendant, JOSE CUEVAS PULIDO, by and through his counsel, MATTHEW M.
22 SCOBLE, Assistant Federal Defender, that the status conference set for
23 Tuesday, August 9, 2011, be continued to Tuesday, September 6, 2011, at
24 9:30 a.m.
25      The reason for this continuance is to allow defense counsel
26 additional time to discuss plea negotiations with the government and
27 the defendant.
28      The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through September 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated: August 8, 2011              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Matthew M. Scoble
                                   MATTHEW M. SCOBLE
                                   Assistant Federal Defender
                                   Attorney for JOSE CUEVAS PULIDO


                                   BENJAMIN B. WAGNER
                                   United States Attorney


Dated:  August 8, 2011             /s/ Matthew M. Scoble for
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney


**O R D E R**

The status conference is continued to September 6, 2011, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 6, 2011.

IT IS SO ORDERED.


Dated: 8/8/2011                    /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Judge

Stip. & Order                               2