DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE CUEVAS PULIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 11-126-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JOSE CUEVAS PULIDO, ) | |
| Defendant. ) | Date: November 8, 2011 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH Assistant U.S. Attorney, and defendant, JOSE CUEVAS PULIDO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Tuesday, October 11, 2011, be continued to Tuesday, November 8, 2011, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to discuss plea negotiations with the government and the defendant.

The parties agree that the ends of justice to be served by a

continuance outweigh the best interests of the public and the defendant in a speedy trial, and they ask the Court to exclude time under the Speedy Trial Act from the date of this order through November 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated: October 7, 2011           Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for JOSE CUEVAS PULIDO


                                 BENJAMIN B. WAGNER
                                 United States Attorney


Dated:  October 7 2011           /s/ Matthew M. Scoble for
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 8, 2011, at 9:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 8, 2011.

IT IS SO ORDERED.


Dated: October 7, 2011.           /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge